STEPHEN REID, ESQ.
Nevada State Bar No. 13232
24/7 ATTORNEYS
840 S. Rancho Drive, ste 4431
Las Vegas, Nevada 89106
(702) 945-4500
sreid@247attorneys.com
Attorney for Jose Aguirre

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>JOSE AGUIRRE,<br><br>           Defendant. | Case No. 2:21-mj-00101-BNW<br><br>**STIPULATION TO CLOSE CASE** |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Rachel Kent, Special Assistant United States Attorney, counsel for the United States of America, and Stephen Reid, counsel for Jose Aguirre, that the case be closed.

　　　This Stipulation is entered into for the following reasons:

　　　1.　　On July 25, 2020, Mr. Aguirre was charged in a two-count Complaint with (1) Operating a Motor Vehicle while Under the Influence of Alcohol, and (2) Operating a Motor Vehicle with a BAC of 0.08 Grams and Higher.

　　　2.　　On May 14, 2021, Mr. Aguirre entered into a Petty Offense Plea Agreement with the government in which he agreed to plead guilty to Count One of the Complaint, Operating a Motor Vehicle while Under the Influence of Alcohol.

The government agreed to dismiss Count Two, Operating a Motor Vehicle with a BAC of 0.08 Grams and Higher.

3. The parties jointly agreed to recommend Mr. Aguirre be sentenced to unsupervised probation for one year, with the following special conditions: (i) pay a $500 fine and a mandatory $10 penalty assessment; (2) attend and complete the Lower Court Counseling's DUI course and Victim Impact Panel; (3) complete an 8 hour online alcohol awareness course; (4) not return to Lake Mead for 6 months; (5) not violate any local, state, or federal laws for 6 months.

4. On May 19, 2021, this Court sentenced Mr. Aguirre pursuant to the plea agreement.

5. This Court ordered the parties to file a Proposed Stipulation by October 26, 2021, indicating that Mr. Aguirre has completed all outstanding sentencing obligations.

6. On October 26, 2021, the parties filed a Joint Status Report informing the Court that Mr. Aguirre had successfully completed conditions (i), (ii), and (iii). Mr. Aguirre had not entered Lake Mead and had not violated any local, state or federal law.

7. Based on his completion of the above requirements, the parties jointly request the case be closed.

DATED: November 2, 2021.

| | |
|---|---|
| STEPHEN REID<br>24/7 Attorneys | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By /s/ Stephen Reid, Esq.<br>STEPHEN REID<br>24/7 Attorneys | By /s/ Rachel Kent<br>RACHEL KENT<br>Special Assistant United States Attorney |

### Order

IT IS SO ORDERED
DATED: 1:35 pm, November 10, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2